Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: young.cho@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff
Adrian Erik Esparza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN ERIK ESPARZA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-02347-DJA<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Adrian Erik Esparza and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time for a period for eight days from November 4, 2026, to

November 12, 2026, for Plaintiff to file his opening brief with all other deadlines as per the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel. Counsel unfortunately miscalendared the due date by seven days. Counsel apologizes for this oversight; counsel will endeavor to be more mindful moving forward regarding due dates. Counsel respectfully requests the extension of a modest eight days to allow for proper briefing of this matter. Counsel assures the Court that this request is not made with any intent to delay proceedings.

DATE: November 5, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: ______________________

Marc V. Kalagian
Attorney for plaintiff Adrian Erik Esparza

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATE: November 5, 2026

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Christopher Vieira

BY: ______________________________

Christopher Vieira
Special Assistant United States Attorney
Attorneys for Defendant
FRANK BISIGNANO, Commissioner of Social Security (Per e-mail authorization)

IT IS SO ORDERED:

THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

______________________________

DATED: November 9, 2026

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:26-CV-02347-DJA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 5, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

Marc V. Kalagian
Attorneys for Plaintiff